**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ELAINE HENDRIX,<br><br>    Defendant.<br>_____ / | No. C 04-00370 JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

The Court has reviewed Magistrate Judge Edward M. Chen's Report and Recommendation re Plaintiff's Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment is GRANTED and Plaintiffs are awarded $2,000,000 in damages and $2,495 in attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 26, 2005

                                                                         /s/ Jeffrey S. White
                                                                         JEFFREY S. WHITE
                                                                         UNITED STATES DISTRICT JUDGE